**MODIFY and AFFIRM; and Opinion Filed April 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01507-CR

### KEVIN LAMONT GARDEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-57354-S

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Schenck

Kevin Lamont Garden appeals his conviction, following the adjudication of his guilt, for aggravated robbery with a deadly weapon. In a single issue, appellant contends the trial court's judgment should be modified to delete the fine. The State agrees the fine should be deleted from the judgment. We modify the trial court's judgment adjudicating guilt and affirm as modified.

Appellant waived a jury and pleaded guilty to aggravated robbery with a deadly weapon, a firearm. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). The trial court deferred adjudicating guilt, placed appellant on seven years' community supervision, and assessed a $2,500 fine. The State later moved to adjudicate guilt, alleging appellant violated several

conditions of his community supervision. Following a hearing at which appellant pleaded true to the allegations, the trial court adjudicated appellant guilty of aggravated robbery with a deadly weapon and assessed punishment at twelve years' imprisonment. The trial judge did not orally pronounce a fine. The trial court's judgment adjudicating guilt, however, includes a $2,500 fine.

When a variation between the oral pronouncement of the sentence and the written memorialization of the sentence exists, the oral pronouncement controls. *See Coffey v. State*, 979 S.W.2d 326, 329 (Tex. Crim. App. 1998); *see also McCoy v. State*, 81 S.W.3d 917, 919 (Tex. App.—Dallas 2002, pet. ref'd). We sustain appellant's sole issue. We modify the judgment adjudicating guilt to delete the fine. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment adjudicating guilt.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131507F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEVIN LAMONT GARDEN, Appellant

No. 05-13-01507-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F10-57354-S).
Opinion delivered by Justice Schenck, Justices Lang and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Fine" is modified to show "None."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered April 3, 2015.